NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SURGETECH M LLC,**
*Plaintiff-Appellant*

**v.**

**UBER TECHNOLOGIES, INC., DBA UBER,**
*Defendant-Appellee*

_____

2024-1280

_____

Appeal from the United States District Court for the District of Delaware in No. 1:22-cv-00882-GBW, Judge Gregory Brian Williams.

_____

## JUDGMENT

_____

JAMES M. BOLLINGER, McCarter & English, LLP, Stamford, CT, argued for plaintiff-appellant. Also represented by DAVID SILVIA; IAN STERLIN, Boston, MA.

MARK N. REITER, Gibson, Dunn & Crutcher LLP, Dallas, TX, argued for defendant-appellee. Also represented by BLAINE H. EVANSON, Irvine, CA; EVAN T. KRATZER, ANDREW WILLIAM ROBB, Palo Alto, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 9, 2025
Date

Jarrett B. Perlow
Clerk of Court